United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

DR. BALTAZAR ARTURO MONDRAGON,       )
    PETITIONER,                      )
                                     )
v.                                   )    C.A. No. **B-02- 055**
                                     )
HON. COLIN POWELL,                   )
    United States Secretary of State.)
        and                          )
                                     )
UNITED STATES OF AMERICA,            )
    RESPONDENTS.                     )
_____)

PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

Comes Dr. Baltazar Arturo Mondragon, ("Dr. Mondragon"), by and
through the undersigned, and respectfully files the instant
Petition for Writ of Habeas Corpus, and Complaint for Declaratory
and Injunctive Relief, and in support of same, shows as follows:

## I.  JURISDICTION AND VENUE

1.  Jurisdiction over the case at bar is laid under 28 U.S.C.
§§2241 (habeas corpus); 1331 (federal question), 1346(a)(2)
(actions against officers of the United States, and 2201 et seq.
(The Declaratory Judgment Act).

2.  Petitioner's application for a United States Passport, which is
the subject of the instant action, was made at the U.S. Post Office
in Harlingen, Texas, within the jurisdiction of the Court.

3.  Respondents have thus far refused to issue the requested
passport, thereby imposing significant restraints on Petitioner's
liberty which are not shared by the populace at large.

## II.  THE PARTIES

4.  Petitioner Baltazar Arturo Mondragon, M.D., is a native born

United States Citizen, who is physically present, with counsel, in the Office of the Clerk of the United States at the moment the instant action is being filed.

5.   Respondent Colin Powell is the duly appointed Secretary of State of the United States, and is sued in his official capacity only.  The United States of America is also a named respondent.

### III.   THE FACTS

6.   Petitioner is a native and citizen of the United States.  He was born in the township of Rio Rico, on January 9, 1960, at a time and place within said township which was then legally a part of the United States, and individuals born therein were citizens of the United States.  Petitioner's Exhibit A, herein incorporated by reference.  *See also*, *Matter of Cantu*, Interim Decision 2748, 17 I&N Dec. 190 (BIA 1978) (persons born in specified portions of Rio Rico, prior to the treaty ceding said territory to Mexico, which treaty was signed November 23, 1970, and took effect in 1972), are citizens of the United States).

7.   On November 20, 2000, Petitioner filed an application for a United States Passport through a designated branch of the U.S. Post Office in Harlingen, Texas.  In support thereof, he provided valid identification, his original birth certificate, and corroborating evidence.  To date, Respondents have declined to take definitive action on his application, notwithstanding that: 1) the form he was given at the time indicates that it would be adjudicated within six weeks; 2) there has been extensive communication between the parties; and 3) two deadlines imposed by Petitioner have passed. Petitioner's Exhibit B, herein incorporated by reference.

8.   The evidence Petitioner provided in support of his passport application establishes his claim to birth in the United States to

2

parties; and 3) two deadlines imposed by Petitioner have passed. Petitioner's Exhibit B, herein incorporated by reference.

8.   The evidence Petitioner provided in support of his passport application establishes his claim to birth in the United States to the requisite level of certitude, and Respondents' request for additional evidence in the form of tax receipts or other documents with a street name and number in Rio Rico is not only unwarranted, but demonstrates an unwillingness on Respondents' part to understand the manner in which the township of Rio Rico functioned at the time of Petitioner's birth, in that street names and numbers were not utilized, as seen by the designation "domicilio conocido" [roughly translated as "everyone knows where he lives"] on the tax receipts of Petitioner's father, Dr. Baltazar Mondragon-Moreno. [1]

9.   By suggesting that they would provide false witness, without giving Petitioner and his witnesses an opportunity to appear in person before an impartial adjudicator who may assess their credibility, Respondents also unfairly and unjustly impugn the integrity of Petitioner's father, and other witnesses.

10.   Under current law, to obtain employment within the United States, an individual must present evidence which demonstrates that he or she is authorized to be employed in the United States.   An employer may not legally hire even a person who is in fact a U.S. citizen unless that person provides appropriate documents.   8 U.S.C. §1324a(a).   In the absence of a U.S. Passport, the documents

---

[1]   It is not coincidental that the map of the township which was prepared by INS shortly after *Matter of Cantu* was decided does not identify the houses in the U.S. sector of Rio Rico by street names and numbers, as Respondents currently demand, but by arbitrary numbers, assigned by INS.   *See,* Petitioner's Exhibit B.

submitted by Petitioner in support of his passport application
would be legally insufficient to establish employment authorization
under 8 C.F.R. §274a.2(b)(1)(v)(A) or (C). Nor does Petitioner
have documentation sufficient to obtain a Social Security card,
under current policies of the Social Security Administration. [2]
Consequently, anyone who employed him would be subject to potential
civil and criminal penalties. 8 U.S.C. §1324a.

11.    Furthermore, Petitioner is unable to exercise his
constitutionally protected and fundamental right to engage in
international travel as a United States citizen.

12.    Petitioner's parents, the primary witnesses to the exact
location of his birth, the key "contested" fact herein, are elderly
and infirm, and Respondents' excessive delay in adjudicating
Petitioner's application, such that he may bring a court action in
the event of a denial, threatens to prejudice his case, in that one
or both may become too ill to travel, or pass away.

## IV.  PRAYER FOR RELIEF

WHEREFORE, it is respectfully requested that this Court grant the
requested writ, issue a Declaratory Judgment, declaring Petitioner
to be a U.S. citizen, and a permanent injunction, restraining and
enjoining Respondents from not issuing the requested passport. It
is also requested that the Court require Respondents to pay
Petitioner's costs, and reasonable attorneys fees, and grant such
other and further relief as the Court may consider appropriate.

---

[2] This Court can take judicial notice of *Casanoba v. Gonzalez
et al*, CA B-98-53, in which a similarly situated U.S. citizen, by
virtue of his birth in Rio Rico, had to file a petition for habeas
corpus in order to obtain a Social Security card. At present, Dr.
Mondragon cannot even take the futile action of applying for such
a card, since Respondents still have all his original documents.

Respectfully Submitted,

Lisa S. Brodyaga
Attorney at Law
17891 Landrum Park Road                    Federal Id:  1178
San Benito, TX 78586                       Texas State Bar: 03052800
(956) 421-3226
(956) 421-3423 (fax)

## VERIFICATION

I, Dr. Baltazar Arturo Mondragon, certify under penalty of perjury
that the above-stated facts are true and correct to the best of my
knowledge and belief, and that in witness thereof, I hereby sign
the instant petition in the Office of the Clerk, U.S. District
Court, in Brownsville, Texas, this _25_ Day of March, 2002. 11:30 Am



## CERTIFICATE OF COUNSEL

I, Lisa S. Brodyaga, hereby certify that I am familiar with the
procedural history of the case as stated above, and that it is true
and correct to the best of my knowledge and belief.



## CERTIFICATE OF SERVICE

I certify that a courtesy copy of the foregoing, with Exhibits, was
personally delivered to the office of Nancy Masso, AUSA, 600 E.
Harrison, Brownsville, Texas, this 25th day of March, 2002.



5

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

DR. BALTAZAR ARTURO MONDRAGON,           )
      PETITIONER,                        )
                                         )
v.                                       )        C.A. No. B-02- 055
                                         )
JOHN ASHCROFT,                           )
      United States Attorney General,    )
             and                         )
                                         )
UNITED STATES OF AMERICA,                )
      RESPONDENTS.                       )
                                         )
_____)


EXHIBIT "A" IN SUPPORT OF


PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

## UNITED STATES POSTAL SERVICE ®

### Receipt

| Amount (Written Out) | Amount (In Numbers) |
|---|---|
| _Seventy-Five_ /100 Dollars | $ 75.00 |

Purpose

_PASSPORT Fee + Photo_

Is any Portion of this Sale a Charitable Tax Deduction?

☐ Yes   ☐ No

If "Yes," the fair market value of the postage portion of the foregoing stamps equals the First-Class postage rate.

| By (Signature and Title) | Date |
|---|---|
| | 11-20-00 |

PS Form 1096, April 1998

...assport at ...ice

N MAIN POST OFFICE
N, TX 78550-9998

---

**I will receive my passport:**

☒ **Routine Service**, within **6 weeks**

☐ **Expedited Service**, within **2 weeks**
Additional cost per application: $35 plus 2-way overnight delivery

**After applying, if I want to check the *status* of my application, I should:**

**Call** The National Passport Information Center & **Speak** with a Customer Service Representative:
Available: **8:30 – 5:30, ET, M-F** (excluding Federal Holidays)

**1-900-225-5674**
TDD Users: 1-900-225-7778
Customer Service Representatives: $1.05/min.
Automated Information: $ .35 /min. (24 hours)

**Or**

With MC, V, or AmEx
**1-888-362-8668**
TDD Users: 1-888-498-3648
$4.95 Flat rate/call directed to Customer Service Representative

*This is a self-funded, fee-for-service center, not funded by tax dollars.*

**For extensive online travel information:**

Visit **www.travel.state.gov**

**To hear travel warnings and country information:**

Dial **1-202-647-5225**

**For Auto-Fax information:**

Dial **1-202-647-3000**

Now that you have applied for your U.S. passport at the post office, your application will be forwarded to Passport Services for citizenship determination and issuance.

pptfocs081600dwo

# UNITED STATES DEPARTMENT OF STATE

**APPLICATION FOR** ☐ **PASSPORT** ☒ **REGISTRATION**

(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME** (First and Middle)

`BALTAZAR ARTURO`

**LAST**

`MONDRAGON`

**2. MAIL PASSPORT TO:** STREET / RFD # OR P.O. BOX    APT. #

`PO BOX 8324`

**CITY**

`WESLACO`    **STATE** `TX`

**ZIP CODE**    **COUNTRY / IN CARE OF** (if applicable)

`78596`    `USA`

> **IMPORTANT**
> **PLEASE READ**
> **INSTRUCTIONS ON**
> **PAGE 2!**
>
> ☐ 5 Yr.  ☐ 10 Yr.  Issue Date _____
>
> R   D   O   DP
>
> End # _____   Exp. _____

**3. SEX** ☒ M ☐ F

**4. PLACE OF BIRTH** (City & State or City & Country)

`RIO RICO TEXAS USA`

**5. DATE OF BIRTH** Month Day Year `01 09 60`

**6. SOCIAL SECURITY NUMBER** (SEE FEDERAL TAX LAW NOTICE ON PAGE 2)

**7. HEIGHT** Feet `5` Inches `11`

**8. HAIR COLOR** `Brown`

**9. EYE COLOR** `Brown`

**10. HOME TELEPHONE** `956-793-0300`

**11. BUSINESS TELEPHONE** `956 793-0300`

**12. OCCUPATION** `Doctor`

**13. PERMANENT ADDRESS** (DO NOT LIST P.O. BOX)   STREET/RFD #   CITY   STATE   ZIP CODE

`106 N. Main Lateria, Tx 78559 c/o Mario Sanchez M.D.`

**14. FATHER'S FULL NAME** `MONDRAGON Baltazar Jr.` **BIRTHPLACE** `Guanajuato` **BIRTHDATE** `11/25/23` **U.S. CITIZEN** ☐ Yes ☒ No

**15. MOTHER'S FULL MAIDEN NAME** `VILLANUEVA, Elsa` **BIRTHPLACE** `Tampico Tx` **BIRTHDATE** `12/2/29` **U.S. CITIZEN** ☐ Yes ☒ No

**16. HAVE YOU EVER BEEN MARRIED?** ☒ Yes ☐ No

**SPOUSE'S OR FORMER SPOUSE'S FULL MAIDEN NAME AT BIRTH** Last `GUERRERO, Maria Luisa` **BIRTHPLACE** `Monterrey NL Mexico` **BIRTHDATE** `2/4/67` **U.S. CITIZEN** ☐ Yes ☐ No

**DATE OF MOST RECENT MARRIAGE** Month Day Year `04 06 90`

**WIDOWED DIVORCED?** ☐ Yes Give Date ___ Month ___ Year ___

**17. OTHER NAMES YOU HAVE USED** (1) ___ (2) ___

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☒ No IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE

**DISPOSITION** ☐ Submitted ☐ Stolen ☐ Lost ☐ Other

NAME IN WHICH ISSUED ___   MOST RECENT PASSPORT NUMBER ___   APPROXIMATE ISSUE DATE Month Day Year ___

It is necessary to submit a statement with an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DSP-64.

**19. EMERGENCY CONTACT** If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency

NAME `Lisa S. Brodyaga`

STREET `17891 Landrum Park Road`

CITY `San Benito` STATE `TX` ZIP CODE `78586`

TELEPHONE `(956) 421 3226` RELATIONSHIP `Attorney`

**20. TRAVEL PLANS** (not mandatory) Month Day Year

Date of Trip ___   Length of Trip ___

COUNTRIES TO BE VISITED ___

[Photo area]
STAPLE   FROM 1" TO 1 - 3/8"   STAPLE
2" x 2"
STAPLE   STAPLE
SUBMIT TWO RECENT IDENTICAL PHOTOS

**21. STOP DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.** I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____   X _____
Parent's/Legal Guardian's Signature if identifying minor child   Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE**
Subscribed and sworn to (affirmed) before me   Month Day Year ___ (SEAL)

☐ Clerk of Court, Location ___
☐ PASSPORT Agent
☐ Postal Employee
☐ (Vice) Consul USA

_____ (Signature of person authorized to accept application)

**23. APPLICANT'S IDENTIFYING DOCUMENTS**
☐ DRIVER'S LICENSE   ISSUE DATE Month Day Year ___   EXPIRATION DATE Month Day Year ___   ID No. ___
☐ PASSPORT
☐ OTHER (Specify) ___ PL

**24. FOR ISSUING OFFICE USE ONLY** (Ap
☐ Birth Certificate   SR   CR   Cit
☐ Passport   Bearer's Name.
☐ Report of Birth
☐ Naturalization/Citizenship Cert   No
☐ Other:
☐ Seen & Returned
☐ Attached

**UNITED STATES POSTAL SERVICE®**

## CUSTOMER'S RECEIPT

KEEP THIS RECEIPT FOR YOUR RECORDS

PAY TO: `Dept of State`
ADDRESS ___
C.O.D. OR USED FOR `01/09/60`

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION
**NOT NEGOTIABLE**

**FORM DSP-11** (12-97)   (SEE INSTRUC...

SERIAL NUMBER `0165896020I`
YEAR, MONTH, DAY `2000-11-20`
POST OFFICE `785500`
AMOUNT `$45.00`
CLERK `012`

MEXICAN UNITED STATES

TAMAULIPAS STATE GOVERNMENT
Register Office          Folio: 944348
-----------------------------------

In the name of the free and sovereign state of Tamaulipas and as
First Officer of the Register Office of Rio Bravo, I Certify that
in Book Number 1 of the year 1960 of the General Archives on page
161 there is the Act Number 361 written by the C. Officer Rafael
Mendoza Register Officer, resident in Rio Bravo, Tamaulipas with
date of inscription, April 1, 1960.
-----------------------------------

BIRTH REGISTRATION

Name:  BALTAZAR ARTURO MONDRAGON VILLANUEVA
Date of Birth:  January 9, 1960
Place of Birth:  Rio Rico, Matamoros, Tamaulipas, Mexico
..............................
PRESENTED:  Alive  SEX: Male
APPEARED: Both, Mother and Father

PARENTS:

Name: BALTAZAR MONDRAGON
Nationality: MEXICAN     Date of Birth:  Thirty two years old
Name: ELSA VILLANUEVA
Nationality: MEXICAN     Date of Birth:  Twenty nine years old

PATERNAL GRANDPARENTS

Grandfather: FRANCISCO MONDRAGON (Deseased)
Grandmother: FLORA MORENO

MATERNAL GRANDPARENTS

Grandfather: RICARDO VILLANUEVA (Deseased)
Grandmother: GREGORIA PIÑA

WITNESSES

Name: RAYMUNDO CASTAÑEDA     Age: Thirty nine years old
Name: NINFA BENITEZ          Age: Thirty four years old

-----------------------------------

This certification is issued according to Article 42 of the
applicable Civil Code of the state, in the city of Rio Bravo of the

# Notations

| | | |
|---|---|---|
| **FIRST COMMUNION** | { Date | _____ |
| | { Church | _____ |
| | { Place | _____ |

| | | |
|---|---|---|
| **CONFIRMATION** | { Date | FEBRUARY 11, 1962 |
| | { Church | PARROQUIA DEL SAGRARIO |
| | { Place | MATAMOROS, TAMPS. |

| | | |
|---|---|---|
| **MARRIAGE(S)** | { To | MARIA LUISA GUERRERO GARZA |
| | { Date | APRIL 6, 1990 |
| | { Church | PARROQUIA DEL SAGRADO CORAZON |
| | { Place | MONTERREY, MEXICO |

| | | |
|---|---|---|
| **DIACONATE** | { Date | _____ |
| | { Church | _____ |
| | { Place | _____ |

| | | |
|---|---|---|
| **RELIGIOUS PROFESSION** | { Date | _____ |
| | { Order | _____ |
| | { Place | _____ |

Rico.

Protesting to say the truth I read and sign because I have narrated the truth.

Sincerely,

BALTAZAR MONDRAGON MORENO    A Signature

(ON THE REVERSE)

The C. Attorney Erasmo Tovar Contreras, Public Notary Number One Hundred and Fifty Three, with Legal Practice in This City.======

CERTIFY: That at 11:40 Hours of March 4, 2000, appeared Before Me C. BALTAZAR MONDRAGON MORENO, who identifies himself with Voter Credential 47862121, who swears under oath that he is the person he claims to be and that he does not have legal incapacity to carry out this appearance, to which I vouch, adding that he ratifies in each and every one of its parts the contents of this document, which he signs as a legal document and recognizes his signature to be from his own hand, the same he uses for all his acts and contracts. =============
CERTIFICATION NUMBER 43,717 OF MY PROTOCOL

ATTORNEY ERASMO TOVAR CONTRERAS
PUBLIC NOTARY # 153
TOCE-410821-SA2

A signature And Seals.


CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct abstract of the Spanish original, to the best of my knowledge and belief.

May 25, 2000

2

A QUIEN CORRESPONDA.
P R E S E N T E.-

Quien suscribe  hago constar y certifico a mi mas leal saber y entender y bajo juramento de decir verdad lo siguiente -

Que yo BALTAZAR MONDRAGON MORENO, Medico de Profesion, y que con motivo de mi servicio social  fui enviado por la Universidad Autonoma de Mexico, y llegue el 17 de Noviembre de 1952, al Poblado denominado Rio Rico, a realizar mi servicio social, y despues ejercia la Profesion Medica. Fui a Mexico hacer mi tesis y mi informe de Servicio Social y me Titule el dia 15 de Diciembre de 1953, regresando a Rio Rico ya titulado a ejercer la medicina el 1ro. de Enero de 1954, y en ese mismo año el dia 28 de Agosto de 1954 contraje Matrimonio con la SRITA. ELSA VILLANUEVA PIÑA, estableciendo mi consultorio medico y mi hogar en el Poblado de Rio Rico, lugar donde nacio mi hijo ARTURO MONDRAGON VILLANUEVA.

Dentro de mi vida  personal y familiar en dicho Poblado de Rio Rico destaca el ejercicio de la Profesion Medica. Asi como el hecho de que en el año de 1957 fui delegado Municipal, asi mismo mi primer tarjeta local se me expidio el 21 de Noviembre de 1952, por el Oficial de Migracion de apellido HOLMES.

A manera de relato Historico en el año de 1952 fecha a que llegue a Rio Rico, el delegado Municipal lo era el SR. JOSE G. ZAMORA, teniendo como comandante de policia al C. WENSESLAO TREVIÑO,  y el Jefe de la Seccion de Aduana era FEDERICO MIRACLE PALMA, el Jefe de la Oficina de Migracion era SAUL GOMEZ JUNQUERA, el dueño  del transporte de Rio Rico  a Matamoros era el SR.  DOMINGO RIVAS, una Oficina de Correos que el encargado lo era LEOPOLDO CAVAZOS GALVAN. Rio Rico contaba  con 4 tiendas de abarrotes, 3 restaurantes, 1 Iglesia, 1 Oficina de Migracion y Aduana, 1 Cine que lo operaba el propietario SR  LEOPOLDO

LOPEZ, Asociado con MIGUEL GONZALEZ, y el SR. TITO LOPEZ era el manipulador del Cine . Asi mismo   los pobladores que atendia medicamente entre otros, y amigos personales figuran los C.C. MANUEL OLIVARES Y FAMILIA, PEDRO CASTILLO Y FAMILIA, LEOPOLDO CAVAZOS Y FAMILIA,  GREGORIO TANGUMA Y FAMILIA, RODOLFO MC DONAL Y FAMILIA,  ANTONIO TREVIÑO Y FAMILIA, quien era el peluquero del pueblo, JUAN PEREZ Y FAMILIA, SALVADOR MARTINEZ Y FAMILIA, PABLO BERNAL Y FAMILIA, RAMON MOJICA Y FAMILIA, MODESTO GARCIA - quien se encargaba de acarrear el agua del pueblo a $2.00 el barril de 200 litros.

Mi trabajo lo realizaba a caballo, a pie y en ocasiones en tractor. Visitaba los ranchos aledaños como lo era San Rafael, el Rosario. San Francisco Rancho el Alamo, el Horcon, la Palma, la Palmita y el Ejido las Flores.



Asi mismo la muchacha que ayudaba a mi esposa en las labores del hogar lo era la SRITA.  EULOGIA GARCIA MARTINEZ, quien tambien vivia en Rio Rico.

Bajo protesta de decir verdad lo leo y firmo por ser la verdad de lo que he narrado.

ATENTAMENTE.

BALTAZAR MONDRAGON MORENO

*EL C. LICENCIADO ERASMO TOVAR CONTRERAS, NOTARIO PUBLICO NUMERO* }
*CIENTO CINCUENTA Y TRES, EN EJERCICIO LEGAL EN ESTA CIUDAD.= = = = = = = =* }

*C E R T I F I C O: QUE SIENDO LAS 11:40 HORAS DEL DIA DE HOY 4 DEL MES DE*
*MARZO DEL AÑO DOS MIL, COMPARECIO ANTE MI EL C. BALTAZAR MONDRAGON*
*MORENO, QUIEN SE IDENTIFICA CON CREDENCIAL PARA VOTAR FOLIO 47862121,*
*QUIEN MANIFIESTA BAJO PROTESTA DE DECIR VERDAD SER LA PERSONA QUE*
*APARECE SER Y QUE NO TIENE INCAPACIDAD LEGAL PARA CELEBRAR ESTA*
*COMPARECENCIA, DE LO CUAL DOY FE, AGREGANDO QUE RATIFICA EN TODAS Y*
*CADA UNA DE SUS PARTES EL CONTENIDO QUE AMPARA ESTE DOCUMENTO, Y LA*
*QUE FIRMA LA MISMA PARA CONSTANCIA LEGAL Y RECONOCE SU FIRMA POR SER*
*DE SU PUÑO Y LETRA. Y MANIFIESTA SER LA MISMA QUE USA EN TODOS SUS*
*ACTOS Y CONTRATOS.= = = = = = = = = = = = = = = = = = = = = = = = = =*
*CERTIFICACION NUMERO 43,717 DEL PROTOCOLO A MI CARGO.= = = = = = = = = = =*

TAXES ON RENT

FIFTH CERTIFICATE

Professionals - Artists - Artisans - Athletes

Name: BALTAZAR MONDRAGON MORENO
Nationality: MEXICAN
Occupation: PHYSICIAN
Work Address: Known - Rio Rico, Tamaulipas
Home Address: The same
Initiation Date: February 4, 1954
Suspension Date: ................
From: February 4, 1954    To: December 31, 1954

GROSS INCOME In The Period (from the profession):        $11,470.00

EXPENSES:
Salaries:                        $ 750.00
Office Rent:                       720.00
Electricity:                       -------
Telephone:                         -------
Equipments & Tools:              2,000.00
Other: (be specific):
                                 3,470.00
                          TAXABLE INCOME:  $11,470.00

LIQUIDATION OF TAXES

Taxes Corresponding to Taxable Income:              $128.00
                                                    ......
                                                    ......
                        (Total)                     $128.00

I declare, under oath to tell the truth, that the foregoing
declaration is correct in its contents.

                Nuevo Progreso, Tamaulipas, February 29, 1955

                   Dr. Baltazar Mondragon Moreno
                          (A Signature)

The C. Chief of the Office of Reception, CERTIFIES: that the taxes
and surcharges corresponding to this declaration were covered on
this date, according to printed certification, or through official
receipt number 25281133, as follows:
                                   TAXES:  $128.00
                              SURCHARGES:   $10.24
                                   TOTAL:  $138.24

Nuevo Progreso, Tamaulipas, February 29, 1955

A Signature  And Seal

(ON THE BACK PAGE)

THE TAXPAYER ANSWERED THE FOLLOWING QUESTIONS:

1.  Amount paid monthly for rent:                              $60.00
.................
.................

5.  Vehicle for private use:
             Make: CHEVROLET
             Type: SEDAN
             Model: 1942
     Commercial Value: $2,000.00

6.  Number of persons without income, dependent on taxpayer:   1
    Number of servants:                                        1
    Do you have a driver: No
.................
.................
9.  Value of equipment:                              $2,000.00
10. Value of furniture:                                $700.00
11. Purchases of furniture and work implements
    during this period:                              $2,800.00
    Minus pending credits:                             $800.00
12. How many years in your profession?: 1
13. Do you have other income apart from your profession? No
.................
.................

I swear this is the truth.
                         Dr. Baltazar Mondragon Moreno


                    CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the
English and Spanish languages, and that the foregoing is a true and
correct abstract of the Spanish original, to the best of my
knowledge and belief.

_Lisa S. Brodyaga_

May 25, 2000

2

IMPUESTO SOBRE LA RENTA

H. I. S. R. 18

# CEDULA QUINTA

## PROFESIONISTAS — ARTISTAS — ARTESANOS
### DEPORTISTAS

PARA SER LLENADO POR LA OFICINA RECEPTORA

REGISTRADA POR

REVISADA POR

ACTA NUM.

FECHA

BALTASAR MONDRAGON MORENO
(Nombre del opositor)

MEXICANO
(Nacionalidad)                (Carnet RMB-3, Núm.)

MEDICO
(Profesión o actividad)

Conocido    Rio Rico Tamps.
(Domicilio donde se ejerce la profesión o actividad)

Rio Rico Tamps.,  H. Matamoros Tamps.
(Población, Municipio, Estado)

el mismo
(Domicilio particular: Calle y número)

Fecha de iniciación: 4 de Febrero de 1954

PARA SER LLENADO POR LA OFICINA RECEPTORA

NUMERO

RECIBIDA POR

FECHA DE RECIBO

SELLO
OFICIAL
DE LA OFICINA

ANOTESE LA FECHA DE
RECIBO CON SELLO O TINTA

Del 4 de Febrero de 1954 al 31 de Diciembre de 1954
(Período de la declaración)

| | |
|---|---:|
| INGRESOS BRUTOS EN EL PERIODO | |
| Propios de la profesión o actividad | $ 11,470.00 |

### DEDUCCION DE GASTOS
PROPIOS DE LA PROFESION O ACTIVIDAD

| | | |
|---|---:|---:|
| Sueldo de empleados | $ 750.00 | |
| Rentas del despacho o consultorio | 720.00 | |
| Luz y energía eléctrica | | |
| Teléfonos | | |
| Útiles de escritorio o herramientas | 2,000.00 | |
| Otros. (especifíquense) | | |
| | | |
| | $ 3,470.00 | |
| Ingresos gravables | | $ 11,470.00 |

## LIQUIDACION DEL IMPUESTO

| | | |
|---|---|---:|
| Impuesto que corresponde a los ingresos gravables | | $ 128.00 |
| Menos impuesto amortizado en ejercicios anteriores | (Cantidad) | |
| duplicados de recibos anexos | | |
| Diferencia | a del causante | $ 128.00 |
| (Cargo o Favor) | | |

Declaro, bajo protesta de decir verdad, que la anterior declaración es exacta en su contenido.

Nuevo Progreso Tamps. a 29 de Febrero de 1955
(Lugar y Fecha)

*[firma]*

Dr. Baltasar Mondragon Moreno
(Firma del causante)

---

EL C. JEFE DE LA OFICINA RECEPTORA, CERTIFICA: que el impuesto y recargos correspondientes a esta declaración, fueron cubiertos con esta fecha, según certificación impresa al calce por la máquina registradora de caja, o mediante recibo oficial Núm. 252093    como sigue:

| | |
|---|---:|
| IMPUESTO: | $ 128.00 |
| RECARGOS: | $ 10.24 |
| TOTAL: | $ 138.24 |

SELLO
OFICIAL
DE LA OFICINA
RIO RICO, TAMPS.

Nuevo Progreso Tamps. a 29 de Febrero de 1955
(Lugar y Fecha)

*[firma]*

(Firma)

T. I. E. y V.-MEX.-756.-390M.9.52

Esta declaración será presentada por duplicado, durante el mes de enero y comprenderá el ejercicio inmediato anterior, antes de la fecha de iniciación de actividades al 31 de diciembre y en caso de suspensión dentro de los diez días siguientes a la fecha en que se efectúe.

## LOS CAUSANTES LLENARAN EL CUESTIONARIO SIGUIENTE:

1.—Cantidad mensual que paga por renta de su casa habitación..................... $ 60.00

2.—Cantidad mensual que paga por contribuciones, si habita casa de su propiedad.... $

3.—Ubicación de su casa habitación................................................

4.—Si la casa es de su propiedad, indíquese:
    Superficie construida
    Superficie de jardín, de patios o libre...
    Renta que produciría con relación al valor catastral............... $
    Valor comercial............................................ $

5.—Automóvil(es) a su servicio particular:
    Marca(s)  CHRYSLER
    Modelo(s)  1947
    Valor comercial............................................ $

6.—Número de personas que no tienen ingresos y dependen económicamente del causante. 1.
    Número de personas de la servidumbre....................... 1.
    Utiliza servicios de chofer?   No.

7.—Si el local de su despacho o consultorio es de su propiedad, indíquese la renta que produciría con relación al valor catastral......................... $

8.—Capital invertido en su despacho o consultorio.................... $

9.—Valor del equipo....................................... $ 2,000.00

10.—Valor del mobiliario.................................. $  700.00

11.—Compras de mobiliario e implementos de trabajo durante el ejercicio....... $ 2,800.00
    Menos créditos pendientes de pago por este concepto................  800.00

12.—¿Cuántos años lleva en el ejercicio de su profesión?.....1.

13.—¿Tiene otros ingresos distintos de la profesión u oficio?, (especifíquense)  no.

Notas aclaratorias:

**Protesto decir verdad.**

Dr. Baltasar Martínez Moreno.

To Whom It May Concern:

By means of this document, I certify to the best of my knowledge and understanding, under oath to tell the truth, the following:

That I, Amadeo González Garza, am originally from Rancho La Palmita in Río Rico, born on January 16, 1940, and presently reside in Río Rico next to the Church, and that for that reason I personally know the history of the town of Río Rico and therefore state as follows:

That Doctor Baltazar Mondragón Moreno came to Río Rico to work as a physician in 1952, and my brother Miguel Angel González Garza made available to Doctor Mondragón a room to live in; and afterwards Doctor Mondragón continued living in the property of my family, on one side of the Church where some of his children were born, among them Baltazar Arturo Mondragón Villanueva.

I also certify that the property belonged to my father Miguel González Catañeda, and upon his death my brother Miguel González Garza took over the responsibility for the family, and today the undersigned has his residence and lives in that property that is on one side of the Church of Río Rico.

I certify the above because it is the truth of the facts, not knowing whether the Doctor at any time paid rent or it was only lent to him, this because the undersigned was too young and was under the care of my brother Miguel González Garza.

Under oath to tell the truth I read and sign this because it is the truth of the facts.

Sincerely,

Ciudad Río Rico, Tamaulipas, February 23, 2000

/s/
Amadeo González Garza

(REVERSE)

----Before me, **Attorney María del Carmen Treviño Cisneros**, assigned to Public Notary # **264** of this State, and practicing of law in this municipality.- I certify.- That in the preceding document, containing a letter based on personal knowledge.-**APPEARED THE C. AMADEO GONZALEZ GARZA APPEARED** who identified himself with Voter Card number 47252369, issued by the Federal Electoral Institute.-

The act was read to the deponent who read it himself and it was explained to him the legal value and consequences of the facts contained in the document, that he ratified it in all aspects, for which he signed it knowingly and in agreement. **DEPONENT AMADEO GONZALEZ GARZA** A signature.

----With the preceding we fulfilled the requirements of Article 136 of the applicable Law of Notaries at eight hours and twenty five minutes of **February twenty three two thousand** in the city of Rio Bravo, Tamaulipas.- The present document is registered under number of certification **12808**.-In the book of Control of Acts of Certification and Verifications number Six of Protocol.-I sign.---- **Attorney Ma. del Carmen Treviño Cisneros Assigned to Public Notary Number 264.** A Signature.  A Seal.

## CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct abstract of the Spanish original, to the best of my knowledge and belief.

May 25, 2000

2



A QUIEN CORRESPONDA.-
PRESENTE.-

**Lic. Mauricio Cerda Galán**
NOTARIO PUBLICO No. 264
CD. RIO BRAVO, TAM.

Por medio del presente quien suscribe hago constar y certifico a mi mas leal saber y entender, bajo juramento de decir verdad lo siguiente.-

Que yo Amadeo Gonzalez Garza originario del Rancho La Palmita en Rio Rico, nacido el 16 de Enero de 1940 y actualmente radico en Rio Rico aun lado de la Iglesia, y que por tal razon conozco personalmente la historia del Poblado Rio Rico, y con tal antecedente hago constar lo siguiente:

Que el Doctor Baltazar Mondragon Moreno, llego a Rio Rico a realizar su servicio social en el año de 1952, y mi hermano Miguel Angel Gonzalez Garza le facilito al Doctor Mondragon un cuarto para que viviera, y posteriormente el Doctor siguio viviendo dentro del terreno de la familia a un lado de la Iglesia lugar donde nacieron varios de sus hijos entre ellos Baltazar Arturo Mondragon Villanueva.

Hago constar que el terreno era de mi padre Miguel Gonzalez Castañeda, y que al fallecimiento de este, se hizo cargo de la familia mi hermano Miguel Gonzalez Garza y actualmente el suscrito radica y vive en dicho terreno que se encuentra a un lado de la Iglesia de Rio Rico.

Le hago constar por ser la verdad de los hechos, desconociendo si el Doctor algun tiempo pago renta o siempre la tuvo prestada, esto ya que el suscrito era muy chico y estaba bajo el cuidado de mi hermano Miguel Gonzalez Garza.

Bajo protesta de decir verdad lo leo y firmo por ser la verdad de los hechos.

ATENTAMENTE.-
Cd. Rio Rico, Tam., a 23 de Febrero del 2000.

Amadeo Gonzalez Garza.

-----ANTE MI, **LICENCIADA MA. DEL CARMEN TREVIÑO CISNEROS**, ADSCRITA A LA NOTARIA PUBLICA NUMERO **264** DEL ESTADO, CON EJERCICIO LEGAL EN ESTE MUNICIPIO.- CERTIFICO.- QUE EN  EL DOCUMENTO QUE ANTECEDE,  EL CUAL CONTIENE CARTA DE CONOCIMIENTO PERSONAL.- **COMPARECIO EL C. AMADEO GONZALEZ GARZA**, QUIEN SE IDENTIFICO CON CREDENCIAL PARA VOTAR FOLIO 47252369, EXPEDIDA POR EL INSTITUTO FEDERAL ELECTORAL.- AL COMPARECIENTE SE LE DIO LECTURA DEL ACTO EN QUE INTERVIENE Y FUE LEÍDO POR EL MISMO Y SE LE EXPLICO EL VALOR Y LAS CONSECUENCIAS LEGALES DEL CONTENIDO DEL DOCUMENTO, RATIFICÁNDOLO EN TODAS SUS PARTES, PARA LO CUAL FIRMA DE ENTERADO Y DE CONFORMIDAD.-----------------

**C O M P A R E C I E N T E**

**AMADEO GONZALEZ GARZA**

-----CON LO ANTERIOR SE DA CUMPLIMIENTO A LO DISPUESTO  POR EL ARTICULO 136 DE LA LEY DEL NOTARIADO EN VIGOR A LAS ONCE HORAS CON VEINTICINCO MINUTOS DEL DIA **VEINTITRES** DEL MES DE **FEBRERO** DEL DOS MIL, EN LA CIUDAD DE RIO BRAVO, TAMAULIPAS.- LA PRESENTE ACTA QUEDO REGISTRADA BAJO EL NUMERO DE CERTIFICACIÓN/**12808**.-DENTRO DEL LIBRO DE CONTROL DE ACTOS DE CERTIFICACIONES Y VERIFICACIONES NUMERO SEIS DEL PROTOCOLO.- DOY FE.-------------

**LICENCIADA MA. DEL CARMEN TREVIÑO CISNEROS**
**ADSCRITA A LA NOTARIA PUBLICA NUMERO 264.**

Lic. Mauricio Cerda Galán
NOTARIO PUBLICO No. 264
CD. RIO BRAVO, TAM.

(SEAL)
Lic. Mauricio Cerda Galan
Notary Public No. 264
Cd. Rio Bravo, Tam.

TO WHOM IT MAY CONCERN.-

By means of the present I hereby make known and certify that I, the
undersigned Maria Concepcion Galvan Ramos, exercise the profession
of midwife's helper in the town of Rio-Rico, Tamaulipas, and I make
known that on the 9th of January of 1960, I assisted with the
childbirth of Mrs. Elsa Villanueva Pina, wife of the Doctor
Baltazar Mondragon Moreno, who gave birth to a son who presently
carries the name of Arturo Mondragon Villanueva, and the birth
occurred in a house, a home, property of the Gonzalez family,
located beside the church of the town of Rio Rico.

With nothing more at present, I appreciate the attention that you
give to the matter.

Cd. Rio Rico, Matamoros, Tamps, on August 2, 2000.

Respectfully,

/s/

Maria Concepcion Galvan Ramos.

Before me, Attorney Ma. Del Carmen Trevino Cisneros, assigned to
Notary Public Number 264 of the State, and practicing law in this
municipality - **I CERTIFY** - that for the foregoing document, which
certifies the birth of Arturo Mondragon Villanueva - **WAS PRESENT** -
the C. **MARIA CONCEPCION GALVAN RAMOS**, who identified herself with
her Voter's Credential Number 48190432, issued by the Federal
Electoral Commission. To the deponent was read the act which she
signed and it was read by her and the value and legal consequences
of the contents of the document was explained to her, ratifying it
in all its parts, for which she signed knowingly and in agreement.

/s/ MARIA CONCEPCION GALVAN RAMOS

With the foregoing we fulfilled the requirements of Article 136 of
the applicable Law of Notaries at ten forty a.m. on the Seventeenth
day of August of Two Thousand, in the City of Rio Bravo,
Tamaulipas. The present act was registered under certification
number 14185 in the Book of Control of Acts of Certifications and
Verifications number Seven of Protocol. I sign.

Attorney Ma. Del Carmen Trevino Ciscernos, Assigned Notary Public
Number 264.   /Signed/   A Seal.


### CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the
English and Spanish languages, and that the foregoing is a true and
correct translation of the Spanish original, to the best of my
knowledge and belief.


September 6, 2000

2



Lic. **Mauricio Cerda Gaián**
NOTARIO PUBLICO No. 264
CD. RIO BRAVO, TAM.

QUIEN CORRESPONDA.-

POR MEDIO DEL PRESENTE HAGO CONSTAR Y CERTIFICAR
QUE LA SUSCRITA MARIA CONCEPCION GALVAN RAMOS, EJERCI LA
PROFECION DE AUXILIAR DE PARTERA, EN EL POBLADO DE RIO-RICO
TAMAULIPAS, Y HAGO CONSTAR QUE EL DIA 9 DE ENERO DE 1960,
AUXILIE EN EL PARTO DE LA SEÑORA ELSA VILLANUEVA PINA, ESPOSA
DEL DOCTOR BALTAZAR MONDRAGON MORENO, LA CUAL DIO A LUZ A UN
NIÑO QUE ACTUALMENTE LLEVA EL NOMBRE DE ARTURO MONDRAGON
VILLANUEVA, Y EL PARTO SE LLEVO A CABO EN UNA CASA-HABITACION
UBICADA AL LADO DE LA IGLESIA DEL POBLADO DE RIO RICO,
PROPIEDAD DE LA FAMILIA GONZALEZ.

SIN OTRO PRESENTE, AGRADEZCO A USTED LAS ATENCIONES
QUE PRESTEN A LA PRESENTE.

CD. RIO RICO, MATAMOROS, TAMPS.
A 02 DE AGOSTO DEL 2000.

RESPETUOSAMENTE.

*maria Concepcion galvan*

MARIA CONCEPCION GALVAN RAMOS.

----ANTE MI, **LICENCIADA MA. DEL CARMEN TREVIÑO CISNEROS**, ADSCRITA A
LA NOTARIA PUBLICA NUMERO **264** DEL ESTADO, CON EJERCICIO LEGAL EN ESTE
MUNICIPIO.- **CERTIFICO**.- QUE EN EL DOCUMENTO QUE ANTECEDE, EL CUAL
**CONTIENE**: CONSTANCIA EN LA CUAL SE CERTIFICA EL NACIMIENTO DE
ARTURO MONDRAGON VILLANUEVA.- **COMPARECIO**: LA C. **MARIA
CONCEPCION GALVAN RAMOS**, QUIEN SE IDENTIFICO CON CREDENCIAL PARA
VOTAR FOLIO NUMERO 48190432, EXPEDIDA POR EL INSTITUTO FEDERAL
ELECTORAL.- A LA COMPARECIENTE SE LE DIO LECTURA DEL ACTO EN QUE
INTERVIENE Y FUE LEÍDO POR ELLA MISMA Y SE LE EXPLICO EL VALOR Y LAS
CONSECUENCIAS LEGALES DEL CONTENIDO DEL DOCUMENTO, RATIFICÁNDOLO

EN TODAS SUS PARTES, PARA LO CUAL FIRMA DE ENTERADA Y DE CONFORMIDAD.-------------------------------------------------------------------------------

*maria conceopcion galvan*

**MARIA CONCEPCION GALVAN RAMOS**

----CON LO ANTERIOR SE DA CUMPLIMIENTO A LO DISPUESTO POR EL ARTICULO 136 DE LA LEY DEL NOTARIADO EN VIGOR A LAS **DIEZ** HORAS CON **CUARENTA** MINUTOS DEL DIA **DIECISIETE** DEL MES DE **AGOSTO** DEL **DOS MIL,** EN LA CIUDAD DE RIO BRAVO, TAMAULIPAS.- LA PRESENTE ACTA QUEDO REGISTRADA BAJO EL NUMERO DE CERTIFICACIÓN 14185.- DENTRO DEL LIBRO DE CONTROL DE ACTOS DE CERTIFICACIONES Y VERIFICACIONES NUMERO **SIETE** DEL PROTOCOLO DOY FE.-------------------------------------------------------------------------------

*LICENCIADA MA. DEL CARMEN TREVIÑO CISNEROS*
*ADSCRITA A LA NOTARIA PUBLICA NUMERO 264.*

Lic. Mauricio Cerda Galva
NOTARIO PUBLICO No. 264
CD. RIO BRAVO, TAM.

To Whom It May Concern;

The undersigned, EULOGIA GARCIA MARTINEZ, Mexican, from Linares
Nuevo Leon, born on March 11, 1940, presently living at Km. 14, in
Poblado El Realito in Valle Hermoso, Tamaulipas, states as follows-

That when my parents moved to the border, when I was still a child,
we came to live in Rio Rico, on one side of Nuevo Progreso and with
the passing of time and with the need to work I began to work from
an early age as a domestic (servant) in said town of Rio Rico, this
being in the house of DR. BALTAZAR MONDRAGON MORENO, starting to
work with said doctor since he arrived as a single man to do his
Social Service in Rio Rico, this from more or less 1951-1953.

Later on, when the Doctor married MRS. ELSA VILLANUEVA PIÑA, I
continued working with them, now as a married couple, having the
house work as my responsibility.

At the same time I saw being born ARTURO AND ELSA MONDRAGON
VILLANUEVA, whom the undersigned practically raised as a nanny,
feeding them, changing their diapers and their clothes, etc.

I wish to add that ARTURO MONDRAGON VILLANUEVA was born and raised
in Rio Rico, during the time the undersigned lived in Rio Rico,
because later I got married, made my own home, leaving Rio Rico to
where now I live, which is El Poblado El Realito, Municipio de
Valle Hermoso.

I wish to also add that in Rio Rico there was a Customs House, an
international bridge, police, many businesses, a movie house, one
church, where, by the way, on one side of that church was the house
of Doctor and his family, and that doctor BALTAZAR MONDRAGON
MORENO, since he was single and after he was married lived on one
side of the church in property he rented or was lent to him by Mr.
MIGUEL GONZALEZ CASTAÑEDA or his son MR. MIGUEL ANGEL GONZALEZ
GARZA, the subscriber not knowing whether the house where the
doctor and his family lived was his property, whether it was
rented, or whether it was lent to them.

I want to state that in summary, what I know is that Doctor
BALTAZAR MONDRAGON MORENO lived in Rio Rico since he was a single
man when he came to do his medical social service, that later on,
he lived with his family and that always he lived on the side of
the church, and that in the same home  was born and raised his son
ARTURO MONDRAGON VILLANUEVA and that the subscriber through many
years worked as a domestic worker (servant) with the family of
Doctor BALTAZAR ARTURO MONDRAGON MORENO.

Under oath to say the truth I read and sign because it is the truth

what I have narrated.

Sincerely,

EULOGIA GARCIA MARTINEZ
A signature.


Attorney Erasmo Tovar Contreras, Public Notary One Hundred and Fifty three, with legal practice in this city.====================

CERTIFY: That at 11:30 a.m. of today March 4, 2000, appeared before me C. EULOGIA GARCIA MARTINEZ, identified with a document named local crossing card, who said under oath of saying the truth to be the person she claims to be and that she is not legally incapacitated to celebrate this appearance, of which I give faith, adding that she ratifies in all and every one of its parts this document, and that she signs because it is with her own hand and states that it is the same that she uses in all her acts and contracts.==============
Certification Number 43,716 of my Protocol.

Att. Erasmo Tovar Contreras
Public Notary #153
TOCE

Signature, seals.


## CERTIFICATE OF TRANSLATION

I, Lisa S. Brodyaga, hereby certify that I am competent in the English and Spanish languages, and that the foregoing is a true and correct abstract of the Spanish original, to the best of my knowledge and belief.

May 25, 2000

2

A QUIEN CORRESPONDA.
P R E S E N T E.-

Quien suscribe, EULOGIA GARCIA MARTINEZ, Mexicana, originaria de Linares Nuevo Leon, nacida el dia 11 de Marzo de 1940, con domicilio actual en el Km. 14 en el Poblado el Realito en Valle Hermoso, Tamps, hago saber y constar.-

Que con motivo de que mis padres se trasladaron a la frontera, siendo yo una niña, nos radicamos para vivir en Rio Rico, a un lado de Nuevo Progreso y con el pasar de los años y ante la necesidad de trabajo desde muy temprana edad empece a trabajar como trabajadora domestica (sirvienta) en dicho Poblado de Rio Rico, esto es casa del DR. BALTAZAR MONDRAGON MORENO, empezando a trabajar con dicho doctor desde cuando el estaba soltero que fue cuando llego a Rio Rico para hacer su Servicio Social, esto aproximadamente en el año de 1951-1953.

Posteriormente cuando el doctor se caso con la SRA. ELSA VILLANUEVA PIÑA, segui trabajando con ellos ya como matrimonio haciendome cargo de los trabajos propios de una casa.

Asi mismo me tocó ver nacer a los niños ARTURO Y ELSA MONDRAGON VILLANUEVA, a quienes practicamente la suscrita los crio como nana, dandoles de comer, cambiandolos de pañales y de ropa etc.

Deseo agregar que ARTURO MONDRAGON VILLANUEVA, es nacido y criado en Rio Rico, segun el tiempo que la suscrita vivio en Rio Rico, ya que posteriormente me case, formando mi hogar y saliendo de Rio Rico hasta donde actualmente vivo, que es en el Poblado el Realito Municipio de Valle Hermoso.

Asi mismo deseo hacer constar que en Rio Rico habia una aduana, un puente internacional, policias, muchos negocios, un cine, una iglesia, que inclusive al lado de la iglesia vivia el doctor y su familia y que el doctor BALTAZAR MONDRAGON MORENO, desde soltero y despues de casado vivio al lado

EL C. LICENCIADO ERASMO TOVAR CONTRERAS, NOTARIO PUBLICO NUMERO CIENTO CINCUENTA Y TRES, EN EJERCICIO LEGAL EN ESTA CIUDAD.= = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = = C E R I F I C O: QUE SIENDO LAS 10:30 HORAS DEL DÍA DE HOY 8 DEL MES DE JUNIO DEL AÑO DOS MIL, ANTE MI LA C. TIBURCIA LUNA CASTILLO, OTORGANTE DEL PRESENTE DOCUMENTO, QUIEN MANIFIESTA BAJO PROTESTA DE DECIR VERDAD SER LA PERSONA QUE APARECE SER Y QUE NO TIENE INCAPACIDAD LEGAL PARA CELEBRAR ESTA COMPARECENCIA, DE LO CUAL DOY FE, AGREGANDO QUE RATIFICA EN TODAS Y CADA UNA DE SUS PARTES EL CONTENIDO DE LA PRESENTE CARTA DE RECONOCIMIENTO, QUE AMPARA EL PRESENTE DOCUMENTO, Y FIRMA LA PRESENTE COMPARECENCIA PARA CONSTANCIA LEGAL Y RATIFICA LA FIRMA DEL CITADO CONTRATO, POR SER DE SU PUÑO Y LETRA. Y MANIFESTA SER LA MISMA QUE USA EN TODOS SUS ACTOS Y CONTRATOS.= = = = = = = = = = = = = CERTIFICACIÓN NUMERO 44,679 DEL PROTOCOLO A MI CARGO.- DOY FE.= = =

LIC. ERASMO TOVAR CONTRERAS,
NOTARIO PUBLICO No. 153,
TOCE-410821-SA2.

Gd. Valle Hermoso, Tam.





S-39,000

United States District Court
Southern District of Texas
FILED

MAR 2 5 2002

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION


DR. BALTAZAR ARTURO MONDRAGON,        )
    PETITIONER,                       )
                                      )
v.                                    )    C.A. No. B-02- 055
                                      )
JOHN ASHCROFT,                        )
    United States Attorney General,   )
        and                       )
                                      )
UNITED STATES OF AMERICA,             )
    RESPONDENTS.                      )
                                      )
_____)


EXHIBIT "B" IN SUPPORT OF


PETITION FOR WRIT OF HABEAS CORPUS
AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
## San Benito, Texas 78586
## (956) 421-3226
## FAX: 421-3423
July 10, 2001

Joyce Lester (or successor)
U.S. Department of State, Passport Agency
1919 Smith Street, Suite 1100
Houston, TX  77002

Dear Ms. Lester:

In November of last year, I assisted a client, Dr. Baltazar Arturo Mondragon, to apply for a United States Passport, as a person born in Rio Rico, Texas, on January 9, 1960. A copy of the application, (without the supporting documents) and the receipt for the money order, are enclosed.  I understand that the State Department considers that INS should adjudicate such claims, but absent removal proceedings, there is no mechanism by which to request that they do so.  It was my hope that either my client would receive his passport, or, if denied, we could go to federal court to litigate his claim to U.S. citizenship.

Unfortunately, however, neither occurred.  We have not received the Passport, nor have we received a denial letter.  In fact, neither Dr. Mondragon nor I has heard anything with respect to his application.  I tried to call you at the number I had for you, (713) 209-3179, but it is no longer a working number.  If you are no longer working at the Houston Agency, it is my hope that this letter will be answered by the person who has taken your place.

Your prompt consideration would be greatly appreciated.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law

Encl/  As stated

# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
## San Benito, Texas 78586
## (956) 421-3226
## FAX: 421-3423
July 30, 2001

Joyce Lester (or successor)                    SECOND REQUEST
U.S. Department of State, Passport Agency
1919 Smith Street, Suite 1100
Houston, TX  77002

Certified Mail, RRR #7000 0520 0023 5697 1094

Re:  Passport Application of
     Dr. Baltazar Arturo Mondragon

Gentlepersons:

As I informed you in my letter of July 10, 2000, (copy enclosed),
we have been waiting since November 20, 2000, for a response to Dr.
Mondragon's application for a United States Passport.  Neither he,
nor I, have received any correspondence from your office.

Please be advised, therefore, that if we have not heard from you by
August 20, 2001, which will be nine months since the original
application was made, and over six weeks from my last letter, we
will construe your failure to respond as a denial of said
application, and file suit in Federal District Court in
Brownsville, Texas.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law

---

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Pr

| | | |
|---|---|---|
| Postage | $ | 34 |
| Certified Fee | | 2.10 |
| Return Receipt Fee (Endorsement Required) | | 1.5 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 3.84 |

Postmark Here    SAN BENITO TX    AUG 2001

Recipient's Name (Please Print Clearly) (To be completed by m
U.S. Dept of State, Passport
Street, Apt. No.; or PO Box No.
1919 Smith St # 1100
City, State, ZIP+4
Houston, Tx 77002
PS Form 3800, February 2000    See Reverse for Ins

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
US Dept of State Passport Agency
1919 Smith St # 1100
Houston, Tx 77002

4a. Article Number
7000 0520 0023 5697 109

4b. Service Type
☐ Registered        ☒ Certifie
☐ Express Mail      ☐ Insure
☐ Return Receipt for Merchandise  ☐ COD

7. Date of Delivery
8-3-01

8. Addressee's Address (Only if requested and fee is paid)

5. Received By: (Print Name)
Diana Colcomb

6. Signature: (Addressee or Agent)
X Diana Colomb

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Rec



**United States Department of State**
*Houston Passport Agency*
*1919 Smith Street      Suite 1400*
*Houston, Texas 77002*

*October 5, 2001*

Law Offices of Lisa S. Brodyaga
17891 Landrum Park Road
San Benito, Texas 78586

**Re:  Passport request for Baltazar Arturo Mondragon; 1/9/1960 Rio Rico**

Dear Ms. Brodyaga:

This is in reference to the request for passport services on behalf of your client, Baltazar
Arturo Mondragon executed on November 20, 2000 at the Harlingen, Texas Post Office.

Let me first apologize for the delay in responding to your client's request.  There are only
two agents in Houston Passport Agency who adjudicates Rio Rico cases.  Unfortunately,
I was called away for several months due to a family emergency and a few of my cases
were not completed.  However, I have since returned to my position and am attempting to
resolve all pending cases.

The passport application and Mexican birth certificate indicate your client was born in
Rio Rico, Matamoros, Tamaulipas, Mexico on January 9, 1960 of two Mexican citizens.
Baltazar's baptismal certificate was issued in Mercedes, Texas that also stated he was
born in Rio Rico, Mexico.  In addition, several affidavits accompanied the application
attesting that your client's father, Baltzar Mondragon Moreno, resided in the home of
Miguel Gonzalez, a resident of Rio Rico.  These sworn statements also stated that once
your client's father married, he and his wife continued to reside in the Gonzalez
household where several children were born of this union including your client, Baltazar.

As you are aware, an extensive investigation was conducted by Immigration and
Naturalization Service and in its conclusion, found only certain homes that lie within the
El Horcon Tract.  A map was developed, the dwellings were numbered and the heads of
households were identified to correspond with each respective home.  It is convenient to
say that you rented from a person who's home is included in the El Horcon Tract.
Nonetheless, since affidavits are self-serving and the Department of State places not
much credence on sworn statements, it is necessary to present supporting evidence that
the Mondragon children in fact were born and raised in that particular residence.

## LAW OFFICES OF LISA S. BRODYAGA
### 17891 Landrum Park Rd.
### San Benito, Texas 78586
### (956) 421-3226
### FAX: 421-3423
November 7, 2001

Joyce Lester
U.S. Department of State, Passport Agency
1919 Smith Street, Suite 1100
Houston, TX  77002

Re:  Passport Application of Dr. Baltazar Arturo Mondragon

Dear Ms. Lester:

Thank you for your response to my last letter.  Unfortunately, the
type of evidence you request does not exist.  In small towns such
as Rio Rico, street addresses were not utilized at that time.  This
is demonstrated by the (contemporaneous) tax receipt which we have
already provided, showing the work and home addresses as "conocido
Rio Rico, Tamps," and "el mismo" (which I translated as "Work
address: known - Rio Rico, Tamps." and "Home address: The same.").
The fact that the tax receipt states that Doctor Mondragon's work
and home address in Rio Rico were "known" is strong corroboration
of both his affidavit, and of the fact that such contemporaneous
documents did not include street addresses.

Nor is it fair to characterize all the affidavits as self-serving,
since some are from highly respected, unrelated, individuals.  The
statement that it is "convenient" to state that someone rented from
a person on the INS list also unfairly discredits the veracity of
a number of those highly respected individuals, who have given
declarations under oath.  And, as you should also know, INS is of
no assistance in such matters.  They disclaim jurisdiction over
United States citizens, and refer us to the Passport Agency.

It is therefore requested that the passport application be promptly
adjudicated on the basis of the evidence we have presented, so that
if it is denied, we may seek our remedy in the U.S. District Court.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law

Cc:  Nancy Masso, AUSA

Brodyaga, Attorney
~IO DEL RIO GRANDE
Landrum Park Road
Benito, Texas 78586

**SUSPENSE**

*Joyce Lester*

**United States Department of State**
**Houston Passport Agency**
**Mickey Leland Federal Building**
**1919 Smith Street  Suite 1100**
**Houston  TX  77002-8049**

Place
Stamp
Here

| U.S. Postal Service | |
| --- | --- |
| **CERTIFIED MAIL RECEIPT** | |
| *(Domestic Mail Only; No Insurance Coverage Provided)* | |

| | | |
| --- | --- | --- |
| Postage | $ | 34 |
| Certified Fee | | 210 |
| Return Receipt Fee (Endorsement Required) | | 150 |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | 394 |

Postmark
Here

USPS

Recipient's Name (Please Print Clearly) (To be completed by mailer)
*Joyce Lester Houston Passport Agency*
Street, Apt. No.; or PO Box No.
*1919 Smith St. #1100*
City, State, ZIP+4
*Houston Tx 77002-8049*

PS Form 3800, February 2000          See Reverse for Instructions

---

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*Joyce Lester*
*US Dept State*
*Houston Passport Office*
*1919 Smith St. #1100*
*Houston, Tx*
*77002-8049*

2. Article Number (Copy from service label)
*7000 0520 0023 5697 1100*

PS Form 3811, July 1999          Domestic Return Receipt

**COMPLETE THIS SECTION**

A. Received by (Please Print)
*D Collins*

C. Signature
X *D. Collins*

D. Is delivery address differen
If YES, enter delivery addr

3. Service Type
☒ Certified Mail   ☐ Ex
☐ Registered   ☐ Re
☐ Insured Mail   ☐ C.

4. Restricted Delivery? (Extr

# LAW OFFICES OF LISA S. BRODYAGA
## 17891 Landrum Park Rd.
## San Benito, Texas 78586
## (956) 421-3226
## FAX: 421-3423
January 31, 2002

Joyce Lester
U.S. Department of State, Passport Agency
1919 Smith Street, Suite 1100
Houston, TX  77002

Re:  Passport Application of Dr. Baltazar Arturo Mondragon

Dear Ms. Lester:

Again, I would request that Dr. Mondragon's passport application be promptly adjudicated on the basis of the evidence presented.  If we have not received a decision, granting or denying the application by February 11, 2002, we will construe your failure to act as a denial, and will seek our remedy in the U.S. District Court.

Sincerely,

Lisa S. Brodyaga,
Attorney at Law

Cc:  Nancy Masso, AUSA

P 318 366 194

## RECEIPT FOR CERTIFIED MAIL
NO INSURANCE COVERAGE PROVIDED
NOT FOR INTERNATIONAL MAIL
(See Reverse)

Sent to *Joyce Lester Passport US Dept State*

Street and No. *1919 Smith St #1100*

P.O., State and ZIP Code *Houston, Tx  77002*

| | |
|---|---|
| Postage | $ 34 |
| Certified Fee | 210 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt showing to whom and Date Delivered | 150 |
| Return Receipt showing to whom. Date. and Address of Delivery | |
| TOTAL Postage and Fees | $ 394 |
| Postmark or Date | |

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write *Return Receipt Requested* on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery

Consult postmaster for fee.

3. Article Addressed to:
*Joyce Lester US Dept of State Passport Agency 1919 Smith St #1100 Houston, Tx 77002*

4a. Article Number
*P318 366194*

4b. Service Type
☐ Registered    ☒ Certified
☐ Express Mail    ☐ Insured
☐ Return Receipt for Merchandise    ☐ COD

7. Date of Delivery *2-4-02*

5. Received By: (Print Name)

6. Signature: (Addressee or Agent)
X

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-97-B-0179    Domestic Return Receipt