United States District Court
Southern District of Texas
FILED

MAY 1 5 2002

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| DR. BALTAZAR ARTURO MONDRAGON,<br>Petitioner, | * * * | |
| v. | * * | CIVIL ACTION NO. B-02-055 |
| COLIN POWELL, United States Secretary<br>of State, and the UNITED STATES OF<br>AMERICA,<br>Respondents. | * * * * | |

## RESPONDENTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, moves this Court for a thirty day enlargement of time for which to file their answer or otherwise plead in this cause. In support of this motion, Respondents submit the following for the Court's consideration:

1. Petitioner filed this action on March 25, 2002, alleging that he was "born in the township of Rio Rico, on January 9, 1960, at a time and place within said township which was then legally a part of the United States..." See *Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief* at para.6. Petitioner claims he submitted an application for a United States passport to the Respondents in November 2000, but the Respondents have "declined to take definitive action on his application...". *Id*. *at para. 7*. As a result, Petitioner filed this action seeking a Declaratory Judgment declaring the petitioner to be a citizen and an order compelling the Respondents to issue the Petitioner a passport.

2. The legal and factual issues presented in the Petitioner's complaint require extensive research into not just those rules, regulations, and laws

within the administration by the State Department, but also into matters that overlap with rules, regulations and laws within the administration of the Immigration and Naturalization Service.

3. Accordingly, the Respondents anticipate that they will need an additional thirty days (that is until June 27, 2002) in order to gather the information necessary to put forth a response to the Petitioner's claims.

WHEREFORE, PREMISES CONSIDERED, Respondents pray that this Court grant their motion for an enlargement of time and issue an order allowing them until June 27, 2002, to file their answer or otherwise plead to the allegations of the Petitioner.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:   (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### STATEMENT OF CONSULTATION

On May 7, 2002, Petitioner's attorney of record, Lisa Brodyaga, advised that she did not oppose this motion.

Signed May 15th, 2002.

_____
NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

RESPONDENTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

was mailed via certified mail, return receipt requested to the following:

Ms. Lisa Brodyaga
Attorney at Law
17891 Landrum Park
San Benito, TX 78586

May 15, 2002
Date

NANCY L. MASSO
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DR. BALTAZAR ARTURO MONDRAGON,<br>Petitioner,<br><br>v.<br><br>COLIN POWELL, United States Secretary<br>of State, and the UNITED STATES OF<br>AMERICA,<br>Respondents. | *<br>*<br>*<br>*   CIVIL ACTION NO. B-02-055<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING RESPONDENTS' UNOPPOSED
## MOTION FOR ENLARGEMENT OF TIME
## TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Respondents' Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead. Having noted that the motion is not opposed and that it appears that the Respondents have good cause for seeking this extension of time given the allegations rased in the Petition, the this Court GRANTS the Respondents motion for enlargement of time.

THEREFORE, IT IS ORDERED that Respondents file their response to the Petitioner's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief no later than June 27, 2002.

Signed this _____ day of May, 2002, in Brownsville, Texas.

_____
HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas