IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| DR. BALTAZAR ARTURO MONDRAGON, Petitioner, | * * * |
| v. | * CIVIL ACTION NO. B-02-055 |
| COLIN POWELL, United States Secretary of State, and the UNITED STATES OF AMERICA, Respondents. | * * * * * |

### ORDER GRANTING RESPONDENTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Respondents' Unopposed Motion for Enlargement of Time to Answer or Otherwise Plead. Having noted that the motion is not opposed and that it appears that the Respondents have good cause for seeking this extension of time given the allegations rased in the Petition, the this Court GRANTS the Respondents motion for enlargement of time.

THEREFORE, IT IS ORDERED that Respondents file their response to the Petitioner's Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief no later than June 27, 2002.

Signed this 22d day of May, 2002, in Brownsville, Texas.

FELIX RECIO
UNITED STATES MAGISTRATE JUDGE