IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUN 2 6 2002

Michael N. Milby
Clerk of Court

DR. BALTAZAR ARTURO MONDRAGON, \*
    Petitioner, \*
    \*
v.     \*   CIVIL ACTION NO. B-02-055
    \*
COLIN POWELL, United States Secretary \*
of State, and the UNITED STATES OF \*
AMERICA, \*
    Respondents. \*

### RESPONDENTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

TO THE HONORABLE JUDGE OF SAID COURT:

    Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, move this Court for a second enlargement of time for which to file their answer or otherwise plead in this cause. In support of this motion, Respondents submit the following for the Court's consideration:

    1.    Petitioner filed this action on March 25, 2002, alleging that he was "born in the township of Rio Rico, on January 9, 1960, at a time and place within said township which was then legally a part of the United States..." See *Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief* at para.6. Petitioner claims he submitted an application for a United States passport to the Respondents in November 2000, but the Respondents have "declined to take definitive action on his application...". *Id.* at para. 7. As a result, Petitioner filed this action seeking a Declaratory Judgment declaring the petitioner to be a citizen and an order compelling the Respondents to issue the Petitioner a passport.

    2.    Since the filing of this lawsuit--and the granting of Respondents' first request for an enlargement of time--Petitioner and Respondents have

been aggressively searching for and exchanging documents on an informal basis in an effort to resolve the issues in controversy.

3. In that it is possible that this matter could be resolved through an additional informal exchange of documents expected over the next ten days, the Respondent respectfully asks that this Court grant an additional fourteen day enlargement of time to answer or otherwise plead.

WHEREFORE, PREMISES CONSIDERED, Respondents pray that this Court grant their motion for a second enlargement of time and issue an order allowing them until July 11, 2002, to file their answer or otherwise plead to the allegations of the Petitioner.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:  (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

### STATEMENT OF CONSULTATION

On June 26, 2002, Petitioner's attorney of record, Lisa Brodyaga, advised that she did not oppose this motion.

Signed June 26th, 2002.

NANCY L. MASSO
Assistant U. S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

RESPONDENTS' SECOND UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

was mailed via certified mail, return receipt requested to the following:

Ms. Lisa Brodyaga
Attorney at Law
17891 Landrum Park
San Benito, TX 78586

June 26, 2002
Date

NANCY L. MASSO
Assistant United States Attorney