IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUL 0 1 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| DR. BALTAZAR ARTURO MONDRAGON, Petitioner, | * * * |
| v. | * CIVIL ACTION NO. B-02-055 |
| COLIN POWELL, United States Secretary of State, and the UNITED STATES OF AMERICA, Respondents. | * * * * * |

### ORDER GRANTING RESPONDENTS' SECOND MOTION FOR ENLARGEMENT OF TIME TO ANSWER OR OTHERWISE PLEAD

Today, this Court considered the Respondents' Second Motion for Enlargement of Time to Answer or Otherwise Plead. Having noted that the Respondents' motion is unopposed and that the parties are attempting to resolve the issues raised in this Complaint, this Court *GRANTS* the Respondents' second motion for enlargement of time.

THEREFORE, IT IS ORDERED that the Respondents submit their response/answer to the pleadings herein no later than July 11, 2002.

Signed this 28th day of June, 2002, in Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE
Southern District of Texas