IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 1 1 2002

Michael N. Milby
Clerk of Court

DR. BALTAZAR ARTURO MONDRAGON, *
    Petitioner, *
     *
v. * CIVIL ACTION NO. B-02-055
     *
COLIN POWELL, United States Secretary *
of State, and the UNITED STATES OF *
AMERICA, *
    Respondents. *

### RESPONDENTS' ANSWER TO PETITION FOR WRIT
### OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY
### AND INJUNCTIVE RELIEF

TO THE HONORABLE JUDGE OF SAID COURT:

Respondents herein, Colin Powell, the Secretary of State for the United States of America, and the United States of America, by and through Michael T. Shelby, United States Attorney for the Southern District of files this its answer to Petitioner's "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief," and respectfully shows unto the Court as follows:

### I. Jurisdiction and Venue

1.    Deny. Petitioner has failed to assert a claim pursuant to 8 U.S.C. 1503(a) which provides that a person within the United States who has claimed a right or privilege as a national and has been denied that right or privilege can institute an action under 28 U.S.C. 2201 for a declaratory judgment declaring him a national. Since 8 U.S.C. 1503 provides for specific jurisdiction, there is no additional grant of general jurisdiction under any other jurisdictional statute. See, *Califano v. Sanders*, 430 U.S. 99 (1977).

2.    Admit.

3.    Deny. Petitioner has not stated what liberty he does not share with the populace

at large and has therefore not provided sufficient information on which to base an answer.

## II. The Parties

4. Respondents lack information and knowledge from which to provide a response; therefore the allegation of this paragraph is denied.

5. Admit.

## III. Facts

6. Respondents lack information and knowledge from which to provide a response as to the first sentence of this paragraph; therefore the allegations contained in this sentence are denied. Respondents admit the allegation contained in the second sentence. The remaining allegations of this paragraph contain legal argument; therefore a response is not required–however, to the extent that a response may be deemed necessary, the remaining allegations of this paragraph are denied.

7. Respondents admit the allegations of the first sentence. With regard to the second sentence Respondents: admit that Petitioner provided appropriate identity information; however, Respondents deny that Petitioner provided adequate corroborating evidence regarding his birth. The remaining allegations of this paragraph contain legal argument of counsel; therefore, a response is not required–however, to the extent that a response may be deemed necessary, the remaining allegations of this paragraph are denied.

8. Deny.[1]

9. Deny.

---

[1] At page 3 of the Petition served upon the Respondent is another paragraph also numbered "8". The allegations in this paragraph are also denied–this paragraph contains legal argument of counsel for which no response is required; to the extent that a response is deemed necessary, the allegations are denied.

10. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

11. This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

12. This paragraph's allegations require no response as they contain argument of counsel and also contains allegations over which Respondents lack information and sufficient knowledge. To the extent that a response is required, they are denied.

### IV. Prayer

This paragraph's allegations require no response as they contain argument of counsel. To the extent that a response is required, they are denied.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

It is affirmatively alleged that plaintiff's petition fails to state a claim upon which relief can be granted.

WHEREFORE, PREMISES CONSIDERED, the Respondents pray that the Petitioner take nothing by his suit, that the suit be dismissed with prejudice, and that the Respondents have such other and further relief to which it may be entitled.

Respectfully Submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison St., No. 201
Brownsville, TX 78520
Tel:   (956) 548-2554
Fax:  (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing:

*RESPONDENTS' ANSWER TO PETITION FOR WRIT
OF HABEAS CORPUS AND COMPLAINT FOR DECLARATORY
AND INJUNCTIVE RELIEF*

was mailed via certified mail, return receipt requested to the following:

Ms. Lisa Brodyaga
Attorney at Law
17891 Landrum Park
San Benito, TX 78586

July 11, 2002
Date

NANCY L. MASSO
Assistant United States Attorney