**UNITED STATES DISTRICT COURT**
SOUTHERN DISTRICT OF TEXAS DIVISION
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 13 2002

Michael N. Milby
Clerk of Court

DR. BALTAZAR ARTURO MONDRAGON   *

vs                              *   CIVIL ACTION NO. B-02-055

COLIN POWELL, ET AL             *


TAKE NOTICE THAT A PROCEEDING IN THIS CAUSE OF ACTION HAS
BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW:

**TELEPHONIC SCHEDULING CONFERENCE**

**August 28, 2002, @ 2:00 P.M.**
(The Plaintiff's counsel shall initiate the call.)

**BEFORE THE HONORABLE U.S. MAGISTRATE JUDGE FELIX RECIO**

| PLACE: | UNITED STATES DISTRICT COURT |
| --- | --- |
| | 600 E. Harrison, 2nd Floor |
| | Brownsville, Texas 78520 |
| | (956) 548-2701 |

**BY ORDER OF THE COURT**

August 13, 2002

cc:   All Counsel