# CHAMBERS MINUTES

United States District Court
Southern District of Texas
FILED

AUG 23 2002

Michael N. Milby
Clerk of Court

Felix Recio, United States Magistrate Judge
Southern District of Texas, Brownsville Division

Law Clerk:   Ryan A Byrd

Date:        August 23, 2002, 1:50 pm

---

## C.A. NO. B-02-055 (HGT)

---

| | | |
|---|---|---|
| DR. BALTAZAR ARTURO MONDRAGON | * | Lisa S Brodyaga |
| VS | * | |
| HON. COLIN POWELL | * | Nancy L Masso |
| United States Secretary of State | * | |
| | | |
| UNITED STATES OF AMERICA | * | " |

---

### TELEPHONIC SCHEDULING CONFERENCE

Telephonic conference held with attorneys Brodyaga and Masso.

The parties agreed to the docket dates. A scheduling order will be issued.