| | |
|---|---|
| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

DR. BALTAZAR ARTURO MONDRAGON   §

VS   §   C.A. NO. B-02-055
                                    (Judge Tagle)
HON. COLIN POWELL, ET AL   §

*United States District Court*
*Southern District of Texas*
*FILED*
*ENTERED*
*AUG 30, 2002*

Michael N. Milby
Clerk of Court
mPerez

## SCHEDULING ORDER

1. Trial: Estimated time to try: __1__ days.   ☑ Bench  ☐ Jury

2. New parties must be joined by:   NA
   *Furnish a copy of this scheduling order to new parties.*

3. The plaintiff(s)' experts will be named with a report furnished by:   August 30, 2002

4. The defendant(s)' experts must be named with a report furnished within 30 days of the deposition of the plaintiff(s)' expert.   September 30, 2002

5. Discovery must be completed by:   November 22, 2002
   *Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the Court. No continuances will be granted because of information acquired in post-deadline discovery.*

******************   The court will provide these dates.   ******************

6. Dispositive Motions will be filed by:   December 18, 2002

7. Joint pretrial order is due:   January 14, 2003
   *The plaintiff(s) is responsible for filing the pretrial order on time.*

8. Docket call and final pretrial conference before Judge Tagle
9. is set for 1:30 p.m. on:   February 06, 2003
   *The case will remain on standby until tried.*

The case will remain on standby until tried.

Signed August 23, 2002, at Brownsville, Texas.

*/s/ Felix Recio*
Felix Recio
United States Magistrate Judge