UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JAN 1 5 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| BALTAZAR A. MONDRAGON | * | |
| | * | |
| v. | * | CIVIL ACTION No. B-02-055 |
| | * | |
| COLIN POWELL, United States Secretary | * | |
| of State | * | |

## NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

The United States of America, on behalf of defendant Colin Powell, United States Secretary of State, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, notifies the Court that the matters in controversy in this cause of action have been fully and finally settled by and between the Parties via the attached copy of the fully executed Stipulation for Compromise Settlement.

Respectfully submitted,

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

NANCY L. MASSO
Assistant United States Attorney
600 E. Harrison St. #201
Brownsville, Texas  78520
(956) 548-2554/FAX (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the true and foregoing copy of the Notice of Settlement was mailed to Lisa Brodyaga, Attorney at Law, 17891 Landrum Park Road, San Benito, TX 78586 on this the __15__ day of JANUARY, 2003 via Certified Mail, Return-Receipt Requested.

NANCY L. MASSO
Assistant United States Attorney

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| BALTAZAR A. MONDRAGON,<br>Petitioner, | *<br>* **COPY**<br>* |
| vs. | * CIVIL ACTION NO. B-02-055<br>* |
| COLIN POWELL, United States<br>  Secretary of State,<br>  Respondent. | *<br>*<br>* |

## STIPULATION FOR COMPROMISE SETTLEMENT

It is hereby stipulated by and between Colin Powell, the United States Secretary of State, Respondent, by and through Michael T. Shelby, United States Attorney for the Southern District of Texas, and Baltazar A. Mondragon, Petitioner herein, represented by Lisa Brodyaga, Attorney at Law, as follows:

1. The parties do hereby agree to settle and compromise the above-entitled action under the terms and conditions set forth herein.

2. The Respondent acknowledges that the evidence developed to date in this case indicates that Petitioner Baltazara A. Mondragon was born in that portion of the "Horcon Tract" which was, at the time of his birth, under the jurisdiction of the United States, and that he is therefore a citizen of the United States. Consequently, the Respondent agrees to accept, process and issue a United States passport to the Petitioner, Baltazar A. Mondragon, upon the submission of a proper application for a passport and fees associated therewith--including any and all supporting documentation Petitioner has in his possession or that which he can reasonably obtain--in exchange for a full and complete release by Baltazar A. Mondragon, his heirs, executors, administrators or assigns of any and all claims, demands, rights, and causes of action of whatsoever kind unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agencies and/or employees, on account of the same subject matter /transactions that gave rise to the above-captioned lawsuit.

3. Petitioner and his heirs, executors, administrators or assigns hereby agree to accept the the issuance of a United States passport in full settlement and satisfaction of any and all claims, demands, rights, and causes of action of whatsoever kind unknown, foreseen and unforeseen bodily and personal injuries, damage to property and the consequences thereof which they may have or hereafter acquire against the United States, its agencies and/or employees on account of the same subject matter /transactions that gave rise to the above-captioned lawsuit.

4. This stipulation for compromise settlement shall not constitute an admission of liability or fault on the part of the Respondent, and is entered into by both parties for the purpose of compromising disputed claims and avoiding the expenses and risks of litigation.

5. It is also agreed, by and among the parties, that the settlement terms described in paragraphs 2 and 3 above represent the entire compromise settlement and that the respective parties will each bear their own costs, fees (including attorneys fees), and expenses.

6. Plaintiff agrees that he will cause his attorney to execute and file with the Court such documents as shall be necessary to cause the above-styled action to be dismissed with prejudice from the docket of the Court upon execution of this agreement and the issuance of a United States passport as described herein.

**APPROVED AS TO SUBSTANCE AND FORM:**

COLIN POWELL, United States Secretary of State, Respondent,

THROUGH:

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

JANUARY 9, 2003
DATE

NANCY L. MASSO
Assistant United States Attorney
600 East Harrison Street, No. 201
Brownsville, TX 78520
Tel: (956) 548-2554   Fax: (956) 548-2549
State Bar No. 00800490
Federal I.D. No. 10263

BALTAZAR ARTURO MONDRAGON,
Petitioner,

January 13, 2003
DATE

BY: LISA BRODYAGA
Attorney at Law
17891 Landrum Park Road
San Benito, TX 78586
Tel: (956) 421-3226
State Bar No. 03052800
Federal I.D. No. 1178

ENE 13 2003
DATE

BALTAZAR ARTURO MONDRAGON

2