# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JAN 2 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| BALTAZAR A. MONDRAGON<br>　　　　Plaintiff,<br>VS<br><br>COLIN POWELL, United States Secretary<br>of State<br>　　　　Defendant. | *<br>*<br>*   CIVIL ACTION NO. B-02-055<br>*<br>*<br>* |

## FINAL ORDER OF DISMISSAL

BE IT REMEMBERED that on January 21, 2003, the Court considered the Parties' Notice of Settlement [Dkt. No. 13]. The Court, having been advised by counsel that a settlement has been reached, dismisses this case with prejudice. All parties shall bear their own costs. The Court retains jurisdiction to enforce the settlement. <u>Kokkonen v. Guardian Life Ins. Co. of America</u>, 511 U.S. 375, 380 (1994).

DONE at Brownsville, Texas, on _____22_____ day of January 2003.

　　　　　　　　　　　　　　　　　　　　　　Hilda Tagle
　　　　　　　　　　　　　　　　　　　　　　United States District Judge